JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY GLENN WILLIAMS,<br><br>    Petitioner,<br><br>    v.<br><br>RON DAVIS, Warden,<br>California State Prison at<br>San Quentin,<br><br>    Respondent. | Case No. CV 00-10637 DOC<br><br>DEATH PENALTY CASE<br><br>JUDGMENT |

    **IT IS HEREBY ORDERED** that Petitioner Barry Glenn Williams's petition for writ of habeas corpus be **CONDITIONALLY GRANTED** and that the judgment of conviction and sentence of death in the matter of <u>People v. Barry Glenn Williams</u>, Case No. A623377, in the California Superior Court for the County of Los Angeles be **VACATED**.

    **IT IS FURTHER ORDERED** that Respondent shall release Petitioner Barry Glenn Williams from custody within 120 days hereof unless, within 120 days of the date of this judgment, the State of California grants Petitioner a new trial on all guilt, special circumstance, and penalty issues in accordance with applicable California law and the United States Constitution.

    **IT IS FURTHER ORDERED** that the Clerk of this Court shall immediately notify

the Warden of San Quentin Prison of this Court's judgment.

    IT IS SO ORDERED.

Dated: March 29, 2016

                                  */s/ David O. Carter*
                              DAVID O. CARTER
                             United States District Judge

cc California Attorney General's Office -docketinglaawt@doj.ca.gov
   Federal Public Defender - Hilary_Potashner@fd.org
   Ninth Circuit Court of Appeals - Cathy_Catterson@ca9.uscourts.gov
   California Department of Corrections - brandy.ebert@cdcr.ca.gov
   California State Public Defender - helft@ospd.ca.gov