UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BARRY GLENN WILLIAMS,** ) | Case No. CV 00-10637 DOC |
| Petitioner, ) | |
| ) | **DEATH PENALTY CASE** |
| v. ) | |
| ) | **AMENDED JUDGMENT** |
| **RON DAVIS,** Warden, ) **California State Prison at** ) **San Quentin,** ) | |
| Respondent. ) | |
| _____ ) | |

    **IT IS HEREBY ORDERED** that Petitioner Barry Glenn Williams's petition for writ of habeas corpus be **CONDITIONALLY GRANTED** and that the judgment of conviction and sentence of death for the murder of Jerome Dunn in the matter of <u>People v. Barry Glenn Williams</u>, Case No. A623377, in the California Superior Court for the County of Los Angeles be **VACATED**.  This Order does not affect the separate judgment and conviction for the non-capital murder of Donald Billingsley, which is also part of Los Angeles County Superior Court Case No. A623377.

    **IT IS FURTHER ORDERED** that, within 120 days of the date of the initial March 29, 2016 Judgment, the State of California shall grant Petitioner a new trial on all guilt, special circumstance, and penalty issues in accordance with applicable California law and the United States Constitution.

**IT IS FURTHER ORDERED** that the Clerk of this Court shall immediately notify the Warden of San Quentin Prison of this Court's judgment.

IT IS SO ORDERED.

Dated: May 11, 2016

*David O. Carter*

_____
DAVID O. CARTER
United States District Judge


cc California Attorney General's Office -docketinglaawt@doj.ca.gov
   Federal Public Defender - Hilary_Potashner@fd.org
   Ninth Circuit Court of Appeals - Cathy_Catterson@ca9.uscourts.gov
   California Department of Corrections - brandy.ebert@cdcr.ca.gov
   California State Public Defender - helft@ospd.ca.gov