# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY GLENN WILLIAMS, )<br>              Petitioner, )<br>    v.                       )<br>RON DAVIS, Warden, )<br>California State Prison at )<br>San Quentin, )<br>              Respondent. )<br>_____ ) | Case No. CV 00-10637 DOC<br><br>**DEATH PENALTY CASE**<br><br>**AMENDED JUDGMENT** |

**IT IS HEREBY ORDERED** that Petitioner Barry Glenn Williams's petition for writ of habeas corpus be **CONDITIONALLY GRANTED** and that the judgment of conviction and sentence of death for the murder of Jerome Dunn in the matter of <u>People v. Barry Glenn Williams</u>, Case No. A623377, in the California Superior Court for the County of Los Angeles be **VACATED**. This Order does not affect the separate judgment and conviction for the non-capital murder of Donald Billingsley, which is also part of Los Angeles County Superior Court Case No. A623377.

**IT IS FURTHER ORDERED** that Respondent shall release Petitioner Barry Glenn Williams from custody within 120 days hereof unless, within 120 days of the date of the initial March 29, 2016 Judgment, the State of California grants Petitioner a new trial on all guilt, special circumstance, and penalty issues in accordance with applicable

California law and the United States Constitution.

**IT IS FURTHER ORDERED** that the Clerk of this Court shall immediately notify the Warden of San Quentin Prison of this Court's judgment.

IT IS SO ORDERED.

Dated:   Dated: April 27, 2016

                                              *David O. Carter*
                                   _____
                                              DAVID O. CARTER
                                         United States District Judge